# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**JASON COSTILLA,**

    **Petitioner,**

**v.**                                                      Case No. 3:24-cv-596-AW-MAL

**SHERRY SAULSBERRY,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner has not complied with a court order, and he has not objected to the magistrate judge's report and recommendation (ECF No. 10), which recommends dismissal on that basis. It appears Petitioner has abandoned his case.

I now adopt the report and recommendation and incorporate it into this order. Although the report and recommendation suggests the issue may be moot, I do not reach that issue and dismiss solely on the basis that Petitioner did not comply with a court order.

The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order." The clerk will then close the file.

SO ORDERED on May 29, 2025.

                                                       s/ *Allen Winsor*
                                                       United States District Judge